IRA BENJAMIN KATZ (SBN 81007)
GREGORY B. GERSHUNI (SBN 82109)
GERSHUNI & KATZ, A LAW CORPORATION
1901 Avenue of the Stars, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 282-8580
Facsimile: (310) 282-8149

General Bankruptcy Counsel for
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**DEC 18 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>ASHER INVESTMENT PROPERTIES, LLC<br><br><br><br><br><br>Debtor and Debtor-In-Possession. | CASE NO.:  2:14-bk-21172-BR<br><br>CHAPTER 11<br><br>ORDER GRANTING DEBTOR AND DEBTOR IN-POSSESSION'S MOTION FOR ORDER APPROVING COMPROMISE PURSUANT TO F.R.B.P. 9019(a)<br><br>Hearing Held:<br>Date:  December 9, 2014<br>Time: 10 a.m.<br>Ctrm:  1668 |

On December 9, 2014, the Debtor and Debtor In-Possession's Motion for Order Approving

Compromise Pursuant to F.R.B.P. 9019(a) (the "Motion") came on regularly for hearing before

the Honorable Barry Russell, United States Bankruptcy Judge presiding in courtroom 1668 of the

United States Bankruptcy Court for the Central District of California, Los Angeles Division.

Gershuni & Katz, A Law Corporation by Ira Benjamin Katz appeared on behalf of Debtor and

Debtor In-Possession Asher Investment Properties, LLC (the "Debtor"); Andrew J. Haley of

Greenwald, Pauly & Miller, P.C. and Stephen A. Silverman of Silverman & Milligan LLP appeared on behalf of the Itkin Living Trust, Garry Y. Itkin and Anna Charno Itkin; Benjamin Akley of Pryor Cashman, LLP appeared on behalf of Israel Discount Bank of New York. The Court, after considering the moving, opposing and reply papers, including joinders, and the argument of counsel, and having found that the proposed compromise which is the subject of the Motion is reasonable, fair and equitable, is in the best interest of the Debtor, the estate and its creditors, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. The Settlement Agreement attached to the Motion is approved.

3. The parties to the Settlement Agreement are directed to take all actions reasonably required to implement the terms of the Settlement Agreement.

# # #

Date: December 18, 2014

_____

Barry Russell
United States Bankruptcy Judge

2

ORDER GRANTING MOTION TO APPROVE COMPROMISE